# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-1773 MRW | Date | July 9, 2018 |
|---|---|---|---|
| Title | Langer v. Vivalda | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    This is a civil action. Plaintiff filed the action on March 2, 2018. To date – and despite a previous court order to serve the defense (Docket # 8) – Plaintiff has not effected service of process on any defendant nor filed any proof of service.

    2.    Federal Rule of Civil Procedure 4(m) requires a litigant to serve the defense within 90 days. If a defendant is not served within the time period, the court "must dismiss the action without prejudice against that defendant."

    3.    Plaintiff is ordered to show cause why the action should not be dismissed for failure to serve. If Plaintiff wishes to demonstrate "good cause for the failure" to serve and seek another extension of time (Rule 4(m)), Plaintiff must submit a detailed statement regarding the status of this action and previous service attempts. Plaintiff's submission will be due by July 23.

**Failure to file a timely submission as directed above will result in the dismissal of the action for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**