CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JESUS A. RODRIGUEZ
jesus@rodriguezcalaw.com
LAW OFFICES OF JESUS A. RODRIGUEZ
617 S. Olive St., Suite 301
Los Angeles, CA 90014
Telephone: (213) 623-233
Attorney for Defendant
Anthony John Vivalda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY JOHN VIVALDA, in individual and representative capacity as trustee Vivalda Family Trust; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-01773-MRW<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

10

11  Dated:  July 23, 2018                    CENTER FOR DISABILITY ACCESS

12
                                            By:  /s/ Phyl Grace
13                                                Phyl Grace
                                                  Attorneys for Plaintiff
14

15  Dated:  July 23, 2018                    LAW OFFICES OF JESUS A. RODRIGUEZ

16
17                                          By:  /s/ Jesus A. Rodriguez
                                                  Jesus A. Rodriguez
18                                                Anthony John Vivalda
                                                  Attorney for Defendant
19                                                Anthony John Vivalda

20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jesus A. Rodriguez, counsel for Anthony John Vivalda, and that I have obtained Mr. Rodriguez's authorization to affix his electronic signature to this document.

Dated: July 23, 2018               CENTER FOR DISABILITY ACCESS

                                                               By:   /s/ Phyl Grace
                                                                        Phyl Grace
                                                                        Attorney for Plaintiff